IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEQUEEN AND EASTERN RAILROAD, LLC                                              PLAINTIFF

v.                               Case No. 4:21-cv-4031

BRINK ENGINEERING SOLUTIONS, LLC                                              DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay Pending Mediation. ECF No. 10. The parties request that the Court stay all deadlines in this case while the parties attempt to resolve this matter through mediation or settlement negotiations. Specifically, the parties ask the Court to extend Plaintiff's deadline to respond to Defendant's pending Motion to Dismiss (ECF No. 8) to August 5, 2021. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the parties' joint motion (ECF No. 10) is **GRANTED**. Plaintiff has until August 5, 2021, to respond to Defendant's Motion to Dismiss. **On or before August 8, 2021**, the parties shall file with the Court either a notice of settlement or a motion for a scheduling order.

**IT IS SO ORDERED**, this 23rd day of June, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge