IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEQUEEN AND EASTERN RAILROAD, LLC                                    PLAINTIFF

v.                                    Case No. 4:21-cv-4031

BRINK ENGINEERING SOLUTIONS, LLC                                     DEFENDANT

## ORDER

The parties have filed a sixth Joint Motion to Extend Stay Pending Mediation. ECF No. 21. On January 12, 2022, the Court granted the parties' fifth Joint Motion to Stay Pending Mediation, in which the Court indefinitely extended Plaintiff's deadline to respond to Defendant's pending Motion to Dismiss (ECF No. 8) so that the parties could attempt to resolve this matter through mediation or settlement negotiations. ECF No. 20. The Court has also stayed all deadlines in this case for an additional forty-five (45) days. ECF No. 20. These deadlines have been stayed for over eight months. As a result, the Court has yet to issue its initial scheduling order in this case.

The parties now move the Court to continue to stay all pretrial deadlines and further extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss, while the parties continue to attempt to resolve this matter through mediation or settlement negotiations. However, the parties do not provide any details to the Court regarding the attempts they have made to settle this case or why additional time is necessary. Accordingly, the Court orders the parties to file by **March 7, 2022**, a joint status report explaining what attempts have been made to negotiate a settlement in this case and why additional time to explore settlement is necessary.

**IT IS SO ORDERED**, this 2nd day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge